Rahinah IBRAHIM, an individual, Plaintiff-Appellant,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; Terrorist Screening Center; Federal Bureau of Investigation; Christopher A. Wray, in his official capacity as Director of the Federal Bureau of Investigation; Kirstjen Nielsen, in her official capacity as Secretary of the Department of Homeland Security; Jefferson B. Sessions III, Attorney General, in his official capacity as Attorney General; Charles H. Kable IV, Director, in his official capacity as Director of the Terrorist Screening Center; Carl Ghattas, in his official capacity as Executive Assistant Director of the FBI's National Security Branch; National Counterterrorism Center; Russell "Russ" Travers, in his official capacity as Director of the National Counterterrorism Center; Department of State; Rex W. Tillerson, in his official capacity as Secretary of State; United States of America, Defendants-Appellees.

Nos. 14-16161
14-17272

United States Court of Appeals, Ninth Circuit.

FILED DECEMBER 29, 2017

ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Graber, Murguia, Owens, and Friedland did not participate in the deliberations or vote in these cases.